AO 10*
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Meyer, Jeffrey A. | U.S. District Court, Connecticut | 06/15/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active Status | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

U.S. Courthouse
915 Lafayette Blvd
Bridgeport, CT 06604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Professor of Law (prior to confirmation on Feb. 28, 2014 as judge) | Quinnipiac University School of Law |
| 2. | Visiting Professor of Law (prior to confirmation on Feb. 28, 2014 as judge) | Yale Law School |
| 3. | Senior Research Scholar in Law and Visiting Lecturer in Law | Yale Law School |
| 4. | Director | Harry A. Blackmun Scholarship Foundation (inactive) |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | Quinnipiac University School of Law | $46,768.86 |
| 2. | 2014 | Yale Law School | $15,416.66 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Quinnipiac University School of Law - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Meyer, Jeffrey A. | 06/15/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Hopkins School, New Haven, CT | Private secondary school | None |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Meyer, Jeffrey A. | 06/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Peoples United Bank cash accounts | | None | J | T | | | | | |
| 2. US savings bonds (Series EE) | | None | J | T | | | | | |
| 3. Brokerage account | | | | | | | | | |
| 4. -T. Rowe Price Blue Chip Growth Fund | B | Dividend | K | T | | | | | |
| 5. -SPY Spdr S&P 500 ETF (X) | A | Dividend | J | T | Buy | 01/17/14 | J | | |
| 6. IRA account #1 | A | Dividend | K | T | | | | | |
| 7. -Schwab Markettrack All Equity | | | | | | | | | |
| 8. IRA account #2 | | | | | | | | | |
| 9. -Schwab Markettrack All Equity | B | Dividend | M | T | | | | | |
| 10. -Pimco Total Return Fund Cl D (Y) | | | | | Sold | 01/07/14 | K | C | |
| 11. -T. Rowe Price Blue Chip Growth Fund (X) | A | Dividend | K | T | Buy | 01/08/14 | K | | |
| 12. TIAA/CREF retirement account #1 | B | Interest | N | T | | | | | |
| 13. -TIAA Traditional | | | | | | | | | |
| 14. -CREF Bond Market | | | | | | | | | |
| 15. -CREF Equity Index | | | | | | | | | |
| 16. -CREF Global Equities | | | | | | | | | |
| 17. -TIAA Real Estate | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. TIAA/CREF retirement account #2 | D | Interest | O | T | | | | | |
| 19. -TIAA Traditional | | | | | | | | | |
| 20. -CREF Social Choice | | | | | | | | | |
| 21. Trust #1 (Y) | | | | | | | | | |
| 22. Trust #2 (Y) | B | Dividend | M | T | | | | | |
| 23. -Exxon Mobil Corp. (XOM) common stock | | | | | Sold (part) | 01/22/14 | J | A | |
| 24. | | | | | Sold (part) | 02/06/14 | J | A | |
| 25. | | | | | Sold (part) | 02/20/14 | J | A | |
| 26. | | | | | Sold (part) | 02/26/14 | J | A | |
| 27. | | | | | Sold (part) | 03/06/14 | J | A | |
| 28. | | | | | Sold (part) | 03/27/14 | J | A | |
| 29. | | | | | Sold (part) | 04/06/14 | K | B | |
| 30. -T. Rowe Price Group Inc. (TROW) common stock | | | | | | | | | |
| 31. -Procter & Gamble (PG) common stock | | | | | | | | | |
| 32. -Invesco Global 45 Dividend Strategy Portfolio unit trusts (Y) | | | | | Sold | 04/04/14 | K | D | |
| 33. Trust #3 (Y) | B | Dividend | O | T | | | | | |
| 34. -Bridge Builder Bond Fund (BBTBX) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Meyer, Jeffrey A. | 06/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -CBA Aggressive Growth Fund C. F. (SAGYX) | | | | | | | | | |
| 36. -Columbia Smallcap Value Fund I CL Z (CSCZX) | | | | | | | | | |
| 37. -Dodge & Cox Stock Fund (DODGX) | | | | | | | | | |
| 38. -Fundamental Investors Fund Cl F1 (AFIFX) | | | | | | | | | |
| 39. -Harbor Capital Appreciation Fund Instit. Class (HACAX) | | | | | | | | | |
| 40. -Harbor International Fund Inst. Cl. (HAINX) | | | | | | | | | |
| 41. -Invesco Comstock Fund Class Y (ACSDX) | | | | | | | | | |
| 42. -JP Morgan Federal Money Market Fund Insti. Cl. (JFMXX) | | | | | | | | | |
| 43. -JP Morgan Mid Cap Value Fund Select Cl (JMVSX) | | | | | | | | | |
| 44. -Loomis Sayles Global Bond Fund Instit. Cl. (LSGBX) | | | | | | | | | |
| 45. -Loomis Sayles Investment Grade Bond Fund Cl. Y (LSIIX) | | | | | | | | | |
| 46. -Metropolitan West Fund Total Return Bond Fund Cl. I (MWTIX) | | | | | | | | | |
| 47. -MFS International New Discovery Fund Cl I (MWNIX) | | | | | | | | | |
| 48. -MFS Value Fund Cl. I (MEIIX) | | | | | | | | | |
| 49. -Mutual Global Disocvery Fund Cl Z (MDISX) | | | | | | | | | |
| 50. -PIMCO Funds Total Return Fund IV Inst. Cl. (PTUIX) | | | | | | | | | |
| 51. -Prudential Jennison Mid-Cap Growth Fund Cl Z (PEGZX) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Rainier Small Mid Cap Equity Fund Inst. Class (RAISX) | | | | | | | | | |
| 53. -Scout International Fund (UMBWX) | | | | | | | | | |
| 54. -T. Rowe Price Blue Chip Growth Fund (TRBCX) | | | | | | | | | |
| 55. -T. Rowe Price International Bond Fund (RPIBX) | | | | | | | | | |
| 56. -T. Rowe Price International Stock Fund (PRITX) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I - Please note that as of 2014 I no longer served as Secretary and Director of Timberledge Corporation, because I am not permitted under the Judicial Code of Conduct to serve as an officer or director of a private company.

Part I - Please note that once I was sworn in as a federal judge, I no longer held my title as a Professor of Law at Quinnipiac University School of Law or as a Visiting Professor of Law at Yale Law School. Since I have been serving as a judge, I have held a title as a Visiting Scholar and Lecturer in Law at Yale Law School where I co-teach a course with another judge (with the approval of the Chief Judge of the Second Circuit and for compensation as permitted by law).

Part III - The income reported from Quinnipiac University School of Law is for teaching services performed prior to my beginning service as a federal judge. The income reported from Yale Law School includes for services performed prior to and after my service as a federal judge.

Part VII - For Trust #1, I resigned as trustee prior to January 1, 2014. For Trusts #2 and #3, [ ] no longer served as trustee as of May 31, 2014; transactions are reported for January through May 2014.

Part VII, Line 40 - this asset was mistakenly reported on last year's nomination form on Line 56 as "Hartford International Fund" rather than "Harbor International Fund".

| Name of Person Reporting | Date of Report |
|---|---|
| Meyer, Jeffrey A. | 06/15/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Jeffrey A. Meyer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544